# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | |
|---|---|
| C. JOSEPH SALAZAR, II, § <br> TDCJ No. 412334, and § <br> JOHNNY MALDONADO, § <br> TDCJ No. 483291, § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> DOUGLAS DRETKE, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-05-0152 |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED the 5th day of May, 2005.

_David Hittner_
David Hittner
United States District Judge